PROB 12C
(6/16)

Report Date: September 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Manuel Muniz-Briano            Case Number: 0980 2:23CR00010-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 23, 2023

Original Offense:        Alien in the United States After Deportation, 8 U.S.C. § 1326

Original Sentence:       Probation - 5 years             Type of Supervision: Probation

Asst. U.S. Attorney:     Alison L. Gregoire              Date Supervision Commenced: May 23, 2023

Defense Attorney:        Carter Liam Powers Beggs        Date Supervision Expires: September 28, 2028

## PETITIONING THE COURT

To issue a warrant.

The offender's conditions of probation have not been reviewed with him, as he failed to report to the U.S. Probation Office following his release from custody.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 1, by failing to report to the U.S. Probation Office within 72 hours of his release from custody.<br><br>Following the offender's sentencing for the instant offense, he was transferred to the Western District of Washington for adjudication of pending state charges.  He was released from state custody on September 23, 2023.<br><br>As of this writing, the offender has failed to report to the U.S. Probation Office.  Pursuant to his standard conditions of supervision, he is required to report to the U.S. Probation Office within 72 hours of his release from imprisonment. |

Prob12C
**Re: Muniz-Briano, Juan Manuel**
**September 27, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 27, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/27/2023

Date